

## STATE OF NEW YORK
## OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
Attorney General

CRIMINAL DIVISION
Federal Habeas Corpus Section

December 10, 2007



MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/10/07

Via Facsimile: 212-805-6724

Honorable Frank Maas
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 740
New York, New York 10007

Re: Jenkins v. Farrell
07 Civ. 6937 (BSJ)(FM)

Your Honor:

I represent the respondent, J. Farrell, in the above-referenced habeas corpus proceeding. I write respectfully to request an approximate 30-day extension of time, from December 17, 2007 to January 17, 2008, within which to respond to the petition.

So ordered.
Tilleran
USMJ
12/10/07

I began to work on the petition this morning, and while I believe I can respond to it based on the record provided by the New York County District Attorney's Office, I would like an extension of time to try to find court documents relevant to the issue. Here, petitioner contends that his guilty plea was involuntary because he allegedly was not informed that his determinate sentence included a 5-year sentence of post-release supervision. The plea and sentence transcripts are not available – the court reporter's notes are apparently missing – and I would like additional time to see if there is any documentation to supplement the record.

This is my first extension request in this case. I have not obtained petitioner's position on this request, as he is incarcerated and proceeding pro se. If my extension request is granted, I will make every effort to file and serve the response prior to January 17th

Thank you very much for your consideration.

Respectfully submitted,

Lisa Fleischmann
Assistant Attorney General
Federal Habeas Corpus Unit
(212) 416-8802

cc: Roland Jenkins, 01-A-6669
Wallkill Correctional Facility
P. O. Box G
Wallkill, New York 12589