

**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**

**MEMO ENDORSED**

ANDREW M. CUOMO
Attorney General

CRIMINAL DIVISION
Federal Habeas Corpus Section

March 12, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/08

<u>Via Facsimile: 212-805-6724</u>

Honorable Frank Maas
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 740
New York, New York 10007

So ordered.
Maas, USMJ,
3/12/08

Re:   <u>Jenkins v. Farrell</u>
      07 Civ. 6937 (BSJ)(FM)

Your Honor:

I represent the respondent, J. Farrell, in the above-referenced habeas corpus proceeding. I write respectfully to request that this Court order the facilitation of a telephone conference with the petitioner on Thursday, March 19th at 2:00 p.m. On that day, and with petitioner already on the line, I will contact the Court at 212-805-6727.

Thank you very much.

Respectfully submitted,

Lisa Fleischmann
Assistant Attorney General
Federal Habeas Corpus Unit
(212) 416-8802

120 Broadway, New York, NY 10271 • Fax (212) 416-8010